```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06591
   LIONEL J DUCKWORTH
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-0879


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/20/08 .

     2.  The case was dismissed without confirmation, 07/18/2008.

     3.  The Debtor paid a total of $    1139.64 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE MANHATTAN BANK       CURRENT MORTG         .00            .00            .00
CHASE MANHATTAN BANK       MORTGAGE ARRE   NOT FILED            .00            .00
GATEWAY FINANCIAL          SECURED VEHIC         .00            .00        1073.55
ADVANCE AMERICA            UNSECURED       NOT FILED            .00            .00
ALLIANCEONE                UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED            .00            .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED            .00            .00
DEVON FINANCIAL SERVICE    UNSECURED       NOT FILED            .00            .00
EZPAYDAY CASH              UNSECURED       NOT FILED            .00            .00
GREAT LAKES SPECIALTY FI   UNSECURED       NOT FILED            .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED       NOT FILED            .00            .00
MUNICIPAL COLLECTION SER   UNSECURED       NOT FILED            .00            .00
SHORT TERM LOANS           UNSECURED       NOT FILED            .00            .00
THE CASH STORE             UNSECURED       NOT FILED            .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED            .00            .00
           Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED     .00          .00          .00          .00            .00
PRINCIPAL PAID     1073.55          .00          .00          .00        1073.55
INTEREST PAID          .00          .00          .00          .00            .00
TOTAL PAID         1073.55          .00          .00          .00        1073.55
The Debtor's attorney, GLEASON & MACMASTER        , was allowed $    3500.00
and was paid $       .00 .

The Trustee received $    66.09 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE